1  Sandra A. Edwards (SBN: 154578)
   sedwards@winston.com
2  Dana L. Cook-Milligan (SBN: 301340)
   dlcook@winston.com
3  WINSTON & STRAWN LLP
   101 California Street, 34th Floor
4  San Francisco, CA  94111-5840
   Telephone:     (415) 591-1000
5  Facsimile:     (415) 591-1400

6  Sean G. Wieber (admitted *pro hac vice*)
   swieber@winston.com
7  Kevin Simpson (admitted *pro hac vice*)
   kpsimpson@winston.com
8  James W. Randall (admitted *pro hac vice*)
   jwrandall@winston.com
9  WINSTON & STRAWN LLP
   35 W. Wacker Drive
10 Chicago, IL 60601-9703
   Telephone:     (312) 558-5600
11 Facsimile:     (312) 558-5700

12 Attorneys for Defendant
   SANCTUS LLC d/b/a SHIFT DIGITAL
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY WYNNE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AUDI OF AMERICA, AUDI OF AMERICA, LLC, SANCTUS LLC, DBA SHIFT DIGITAL, SHIFT DIGITAL LLC, VOLKSWAGEN GROUP OF AMERICA, INC. and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 4:21-cv-08518-DMR<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND MOTION FOR REMAND AND TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

Plaintiff Amy Wynne ("Plaintiff") and Defendants Audi of America, LLC ("Audi"), Sanctus LLC d/b/a Shift Digital ("Shift Digital"), and Volkswagen Group of America, Inc. ("VGoA") (collectively, "Defendants") (Plaintiff and Defendants collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed this action in the Superior Court of the State of California, Marin County on June 18, 2021;

WHEREAS, Plaintiff filed an Amended Complaint on September 4, 2021;

WHEREAS, Shift Digital removed this action from Marin County Superior Court to this Court on November 2, 2021 (Dkt. 1);

WHEREAS, the Parties previously stipulated to extend the deadline for Defendants to answer, move, or otherwise respond to the Amended Complaint up to and including December 9, 2021 (Dkt. 6);

WHEREAS, Plaintiff filed a motion to remand this action on December 1, 2021 (Dkt. 19);

WHEREAS, the deadline to oppose Plaintiff's motion to remand is December 15, 2021 (Dkt. 20);

WHEREAS, pursuant to the Initial Case Management Scheduling Order with ADR Deadlines (Dkt. 8), the Court has set the Initial Case Management Conference for February 2, 2022;

WHEREAS, the Parties agree that it would promote efficiency and conserve judicial resources to resolve Plaintiff's motion to remand before a response is filed to Plaintiff's Amended Complaint;[1]

WHEREAS, the Parties also agree that it would promote efficiency and conserve judicial resources to reschedule the Initial Case Management Conference until after the Court rules on the motion to remand and Defendants respond to the Amended Complaint;

WHEREAS, the Parties believe the foregoing facts constitute good cause for extension of time to respond to the motion to remand, extension of time to respond to the Amended Complaint, and rescheduling of the Initial Case Management Conference;

---

[1] Currently, Defendants' deadline to respond to the Amended Complaint is December 9, 2021, which is before Defendants' deadline to oppose Plaintiff's motion to remand on December 15, 2021.

THEREFORE, IT IS HEREBY STIPULATED that the Parties have agreed to the following:

- Any opposition to Plaintiff's motion to remand this action shall be filed on or before January 12, 2022;
- Plaintiff's deadline for the reply for the motion to remand is January 26, 2022;
- The hearing for the motion to remand shall be rescheduled to February 10, 2022 at 1:00 p.m.;
- Defendants will not answer, move (including filing a motion to compel arbitration), or otherwise respond to the operative pleading before the Court rules on the motion to remand. If this matter is not remanded, Defendants shall answer, move, or otherwise respond to the operative complaint within 30 days after the Court's ruling on the motion to remand; and
- The Initial Case Management Conference shall be rescheduled to a date after Defendants answer, move, or otherwise respond to the operative complaint.

**IT IS SO STIPULATED AND AGREED.**

Dated: December 6, 2021              **RIGHETTI GLUGOSKI, P.C.**

By: */s/ Matthew Righetti*
Matthew Righetti (SBN: 121012)
matt@righettilaw.com
RIGHETTI GLUGOSKI, P.C.
The Presidio of San Francisco
220 Halleck Street, Suite 220
San Francisco, CA 94129
Tel:    (415) 983-0900
Fax:    (415) 397-9005

*Counsel for Plaintiff Amy Wynne*

Dated: December 6, 2021              **WINSTON & STRAWN LLP**

By: */s/ Kevin Simpson*
Sandra A. Edwards (SBN: 154578)
sedwards@winston.com
Dana L. Cook-Milligan (SBN: 301340)
dlcook@winston.com
WINSTON & STRAWN LLP

|   |   |   |
|---|---|---|
| 1 | | 101 California Street, 34th Floor |
| 2 | | San Francisco, CA  94111-5840<br>Tel:    (415) 591-1000 |
|   | | Fax:    (415) 591-1400 |
| 3 | | |
| 4 | | Sean G. Wieber (admitted *pro hac vice*)<br>swieber@winston.com |
|   | | Kevin Simpson (admitted *pro hac vice*) |
| 5 | | kpsimpson@winston.com |
|   | | James W. Randall (admitted *pro hac vice*) |
| 6 | | jwrandall@winston.com |
|   | | WINSTON & STRAWN LLP |
| 7 | | 35 W. Wacker Drive<br>Chicago, IL 60601-9703 |
| 8 | | Tel:    (312) 558-5600 |
|   | | Fax:    (312) 558-5700 |
| 9 | | |
|   | | *Counsel for Defendant* |
| 10 | | *SANCTUS LLC d/b/a SHIFT DIGITAL* |
| 11 | | |
| 12 | Dated:  December 6, 2021 | **SQUIRE PATTON BOGGS LLP** |
| 13 | | |
|   | | By:   */s/ Marisol C. Mork*_____ |
| 14 | | |
|   | | Marisol C. Mork (SBN 265170) |
| 15 | | Marisol.mork@squirepb.com<br>SQUIRE PATTON BOGGS LLP |
|   | | 555 South Flower Street, 31st Floor |
| 16 | | Los Angeles, CA 900071 |
|   | | Tel:    (213) 624-2500 |
| 17 | | Fax:    (213) 623-4581 |
| 18 | | *Counsel for Defendants* |
|   | | *VOLKSWAGEN GROUP OF AMERICA, INC.* |
| 19 | | *and AUDI OF AMERICA, LLC* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-l(i)(3)**

Pursuant to Civil Local Rule 5-l(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Dana Cook-Milligan*
Dana L. Cook-Milligan (SBN: 301340)

4

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND MOTION FOR REMAND AND RESCHEDULING OF THE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 4:21-CV-08518-DMR

**ORDER**

Pursuant to the Stipulation and good cause appearing, it is ordered that:

- Any opposition to Plaintiff's motion to remand this action shall be filed on or before January 12, 2022;
- Plaintiff's deadline for the reply for the motion to remand is January 26, 2022;
- The hearing for the motion to remand shall be rescheduled to February 10, 2022 at 1:00 p.m.;
- If this matter is not remanded, Defendants shall answer, move, or otherwise respond to the operative complaint within 30 days after the Court's ruling on the motion to remand; and
- The Initial Case Management Conference shall be rescheduled to June **22**, 2022 at 1:30 p.m.

Dated: 12/10/2021

Hon. Donna M. Ryu
United States District Judge