1  Squire Patton Boggs (US) LLP
   Marisol C. Mork (State Bar # 265170)
2  marisol.mork@squirepb.com
   555 South Flower Street, 31st Floor
3  Los Angeles, California 90071
   Telephone:     +1 213 624 2500
4  Facsimile:     +1 213 623 4581

5  Colin R. Jennings (*pro hac vice* pending)
   colin.jennings@squirepb.com
6  Kristin L. Bryan (*pro hac vice* pending)
   kristin.bryan@squirepb.com
7  127 Public Square, 4900 Key Tower
   Cleveland, Ohio 44114
8  Telephone:     +1 216 479 8500
   Facsimile:     +1 216 479 8780
9
   Jesse Taylor (*pro hac vice* pending)
10 jesse.taylor@squirepb.com
   41 South High Street
11 Columbus, Ohio 43215
   Telephone:     +1 614 365 2700
12 Facsimile:     +1 614 365 2499

13
   Attorneys for Defendants
14 Audi of America, LLC and
   Volkswagen Group of America, Inc.
15
                   UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18
   AMY WYNNE, individually, and on behalf of        Case No. 4:21-cv-08518-DMR
19 a class of similarly situated persons,
                                                    **APPLICATION FOR ADMISSION OF**
20                Plaintiffs,                       **ATTORNEY PRO HAC VICE**
                                                    (CIVIL LOCAL RULE 11-3)
21 v.

22 AUDI OF AMERICA, LLC, *et al*.

23                Defendants.

24

25         I, Jesse Taylor, an active member in good standing of the bar of Ohio, hereby respectfully

26 apply for admission to practice pro hac vice in the Northern District of California representing

27 Audi of America, LLC and Volkswagen Group of America, Inc. in the above-entitled action. My

28 local co-counsel in this case is Marisol C. Mork, an attorney who is a member of the bar of this

1  Court in good standing and who maintains an office within the State of California.  Local co-
2  counsel's bar number is 265170.

| | |
|---|---|
| 41 South High Street<br>Columbus, Ohio 43215<br>MY ADDRESS OF RECORD | 555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (614) 365-2700<br>MY TELEPHONE # OF RECORD | (213) 624-2500<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jesse.taylor@squirepb.com<br>MY EMAIL ADDRESS OF RECORD | marisol.mork@squirepb.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

10   I am an active member in good standing of a United States Court or of the highest court of
11  another State or the District of Columbia, as indicated above; my bar number is 88209.
12   A true and correct copy of a certificate of good standing or equivalent official document
13  from said bar is attached to this application.
14   I have been granted pro hac vice admission by the Court zero times in the 12 months
15  preceding this application.
16   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
17  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
18  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

20  Dated: December 10, 2021       /s/ Jesse Taylor
                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jesse Taylor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the other party.

Dated:_____

Honorable Donna M. Ryu