Squire Patton Boggs (US) LLP
Marisol C. Mork (State Bar # 265170)
marisol.mork@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone:  +1 213 624 2500
Facsimile:  +1 213 623 4581

Kristin L. Bryan (*pro hac vice* pending)
kristin.bryan@squirepb.com
Colin R. Jennings (*pro hac vice* pending)
colin.jennings@squirepb.com
127 Public Square, 4900 Key Tower
Cleveland, Ohio 44114
Telephone:  +1 216 479 8500
Facsimile:  +1 216 479 8780

Jesse Taylor (*pro hac vice* pending)
jesse.taylor@squirepb.com
41 South High Street
Columbus, Ohio 43215
Telephone:  +1 614 365 2700
Facsimile:  +1 614 365 2499

Attorneys for Defendants
Audi of America, LLC and
Volkswagen Group of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY WYNNE, individually, and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>AUDI OF AMERICA, LLC, *et al*.<br><br>Defendants. | Case No. 4:21-cv-08518-DMR<br><br>**DEFENDANTS AUDIO OF AMERICA, LLC AND VOLKSWAGEN GROUP OF AMERICA, INC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Audi of America, LLC and Volkswagen Group of America Inc. state the following:

1. Audi of America, LLC is an organizational unit of VWGoA, a New Jersey corporation, which is wholly owned by its parent company Volkswagen AG, a German Corporation.

2. Volkswagen Group of America Inc. ("VWGoA") is a wholly-owned subsidiary of Volkswagen AG, a publicly-traded German Corporation. VWGoA has no publicly traded subsidiaries.

Dated: December 10, 2021

Respectfully submitted,

*s/ Marisol C. Mork*
Marisol C. Mork
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: 213-624-2500
Facsimile: 213-623-4581
Email: marisol.mork@squirepb.com

Colin R. Jennings (*pro hac vice* pending)
Kristin L. Bryan (*pro hac vice* pending)
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114
Telephone: 216-479-8500
Facsimile: 216-479-8780
Email: colin.jennings@squirepb.com
         kristin.bryan@squirepb.com

Jesse Taylor (*pro hac vice* pending)
41 South High Street
Columbus, Ohio 43215
Telephone: 614-36502700
Facsimile: 614-365-2499
Email: jesse.taylor@squirepb.com

## **CERTIFICATE OF SERVICE**

I certify that on this date a true copy of the foregoing Defendants' Corporate Disclosure Statement was electronically filed with the Court and served on all counsel of record via ECF.

*s/ Marisol C. Mork*
Marisol C. Mork

Dated: December 10, 2021