Sandra A. Edwards (SBN: 154578)
sedwards@winston.com
Dana L. Cook-Milligan (SBN: 301340)
dlcook@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA  94111-5840
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

Sean G. Wieber (admitted *pro hac vice*)
swieber@winston.com
Kevin Simpson (admitted *pro hac vice*)
kpsimpson@winston.com
James W. Randall (admitted *pro hac vice*)
jwrandall@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:     (312) 558-5600
Facsimile:     (312) 558-5700

Attorneys for Defendant
SANCTUS LLC d/b/a SHIFT DIGITAL

Matthew Righetti (SBN: 121012)
matt@righettilaw.com
RIGHETTI GLUGOSKI, P.C.
The Presidio of San Francisco
220 Halleck Street, Suite 220
San Francisco, CA 94129
Tel:     (415) 983-0900
Fax:    (415) 397-9005

*COUNSEL FOR PLAINTIFF AMY WYNNE*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY WYNNE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AUDI OF AMERICA, AUDI OF AMERICA, LLC, SANCTUS LLC, DBA SHIFT DIGITAL, SHIFT DIGITAL LLC, VOLKSWAGEN GROUP OF AMERICA, INC. and DOES 1-50 inclusive,<br><br>Defendants. | **Case No. 4:21-cv-08518-DMR**<br><br>**STIPULATION, PER CIVIL L.R. 6–2, TO ADJUST BRIEFING SCHEDULE AND HEARING FOR PLAINTIFF'S MOTION TO REMAND; ORDER** |

Plaintiff Amy Wynne ("Plaintiff") and Defendant Sanctus LLC d/b/a Shift Digital ("Shift Digital") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed a motion to remand this action on December 1, 2021 (Dkt. 19);

WHEREAS, the Court issued a briefing schedule for the motion to remand, wherein opposition was due on December 15, 2021, and reply was due on December 22, 2021 (Dkt. 20);

WHEREAS, at Defendant Shift Digital's request, the Parties stipulated and filed a proposed order to extend deadlines related to Plaintiff's motion to remand (Dkt. 22);

WHEREAS, the Court granted this order and issued a modified briefing schedule (Dkt. 27);

WHEREAS, Shift Digital filed its opposition to Plaintiff's motion to remand on January 12, 2022 (Dkt. 40). No other party filed an opposition to Plaintiff's motion;

WHEREAS, Plaintiff's deadline for the reply for the motion to remand is set for January 26, 2022, and the hearing for the motion to remand is set for February 10, 2022, at 1:00 p.m.;

WHEREAS, in light of scheduling issues that have arisen for the Parties, the Parties have agreed to: (1) extend Plaintiff's deadline for the reply for the motion to remand by two weeks, up to and including February 9, 2022, and (2) reschedule the hearing by two weeks, to February 24, 2022, at 1:00 p.m., or for a date convenient to the Court's calendar;

WHEREAS, the Parties believe that the foregoing facts constitute good cause for enlargement of time for Plaintiff's reply and to reschedule the hearing for the motion to remand;

AND WHEREAS, no other case deadlines would be affected by granting the relief requested herein;

THEREFORE, IT IS HEREBY STIPULATED that the Parties have agreed to the following:

- Plaintiff's deadline for the reply for the motion to remand is rescheduled for February 9, 2022, and
- The hearing for the motion to remand this action is rescheduled for February 24, 2022, at 1:00 p.m., or for a date convenient to the Court's calendar.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | Dated: January 25, 2022 | **RIGHETTI GLUGOSKI, P.C.** |
| 2 | | |
| 3 | | By: */s/ Matthew Righetti* |
| 4 | | Matthew Righetti (SBN: 121012) |
| | | matt@righettilaw.com |
| 5 | | RIGHETTI GLUGOSKI, P.C. |
| | | The Presidio of San Francisco |
| 6 | | 220 Halleck Street, Suite 220 |
| | | San Francisco, CA 94129 |
| 7 | | Tel: (415) 983-0900 |
| | | Fax: (415) 397-9005 |
| 8 | | *Counsel for Plaintiff Amy Wynne* |
| 9 | | |
| 10 | Dated: January 25, 2022 | **WINSTON & STRAWN LLP** |
| 11 | | |
| | | By: */s/ Kevin Simpson* |
| 12 | | Sandra A. Edwards (SBN: 154578) |
| | | sedwards@winston.com |
| 13 | | Dana L. Cook-Milligan (SBN: 301340) |
| | | dlcook@winston.com |
| 14 | | WINSTON & STRAWN LLP |
| 15 | | 101 California Street, 34th Floor |
| | | San Francisco, CA 94111-5840 |
| 16 | | Tel: (415) 591-1000 |
| | | Fax: (415) 591-1400 |
| 17 | | Sean G. Wieber (admitted *pro hac vice*) |
| | | swieber@winston.com |
| 18 | | Kevin Simpson (admitted *pro hac vice*) |
| | | kpsimpson@winston.com |
| 19 | | James W. Randall (admitted *pro hac vice*) |
| | | jwrandall@winston.com |
| 20 | | WINSTON & STRAWN LLP |
| | | 35 W. Wacker Drive |
| 21 | | Chicago, IL 60601-9703 |
| | | Tel: (312) 558-5600 |
| 22 | | Fax: (312) 558-5700 |
| 23 | | *Counsel for Defendant* |
| | | *SANCTUS LLC d/b/a SHIFT DIGITAL* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-l(i)(3)**

Pursuant to Civil Local Rule 5-l(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Dana Cook-Milligan*
Dana L. Cook-Milligan (SBN: 301340)

**ORDER**

Pursuant to the Stipulation and good cause appearing, it is ordered that:

- Plaintiff's deadline for the reply for the motion to remand is rescheduled for February 9, 2022, and

- The hearing for the motion to remand this action is rescheduled for <u>February 24, 2022</u> <u>at 1:00 p.m. in Oakland - videoconference only.</u>

Dated: <u>January 26, 2022</u>

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Donna M. Ryu]*

_____
Hon. Donna M. Ryu
United States District Judge