GAYLE M. BLATT (122048)
JEREMY K. ROBINSON (188325)
**CASEY GERRY SCHENK FRANCAVILLA
 BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com

RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, California 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

*Attorneys for Plaintiffs John Hajny, Ricardo Villalobos, Anthony Service and Jeremy Adams*

MATTHEW RIGHETTI (121012)
**RIGHETTI GLUGOSKI, P.C**.
The Presidio of San Francisco
220 Halleck Street, Suite 220
San Francisco, CA  94129
Telephone: (415) 983-0900
Facsimile: (415) 397-9005
matt@righettilaw.com

*Attorneys for Plaintiff Amy Wynne*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY WYNNE, individually, and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AUDI OF AMERICA, AUDI OF AMERICA, LLC, SANCTUS LLC, DBA SHIFT DIGITAL, SHIFT DIGITAL, LLC, VOLKSWAGEN GROUP OF AMERICA, INC., and DOES 1-50 inclusive,<br><br>Defendants. | Case No.  4:21-cv-08518-DMR<br><br>**STIPULATION AND ORDER TO VACATE HEARINGS IN LIGHT OF UPCOMING MEDIATION** |
| IN RE: VOLKSWAGEN GROUP OF AMERICA, INC. DATA BREACH LITIGATION | Case No. 4:21-cv-09203-DMR |

1 | Plaintiff Amy Wynne in *Wynne v. Audi of America, et al.*, Case No. 4:21-cv-08518-DMR (the
2 | "*Wynne* Action"), Plaintiffs John Hajny, Ricardo Villalobos, Anthony Service and Jeremy Adams in
3 | *In Re: Volkswagen Group of America, Inc. Data Breach Litig.*, Case No. 3:21-cv-09203-DMR (the
4 | "*In Re: Volkswagen* Action") (collectively, "Plaintiffs"), Defendants Audi of America, LLC, Sanctus
5 | LLC, DBA Shift Digital, and Volkswagen Group of America, Inc. (collectively, "Defendants" and,
6 | together with Plaintiffs, the "Parties"), by and through their attorneys of record, hereby stipulate as
7 | follows:

WHEREAS, on December 29, 2021, the Court related the *In Re: Volkswagen* Action to the *Wynne* Action (*In Re: Volkswagen*, ECF No. 56; Declaration of Rachele R. Byrd filed herewith ("Byrd Decl."), ¶ 3);

WHEREAS, the Initial Case Management Conference ("CMC") in the *In Re: Volkswagen* Action has been set for March 3, 2022 at 01:30 PM (*In Re: Volkswagen*, ECF No. 29; Byrd Decl., ¶ 4);

WHEREAS, the CMC in the *Wynne* Action has been set for June 22, 2022 at 01:30 PM (*Wynne*, ECF No. 27; Byrd Decl., ¶ 5);

WHEREAS, plaintiff Wynne filed a motion to remand on December 1, 2021, and Defendant Sanctus LLC, DBA Shift Digital filed an opposition on January 12, 2022. Plaintiff Wynne has not filed a reply to date as the extended due date for her reply is February 23, 2022. The hearing on the remand motion is scheduled for March 24, 2022, at 1:00 p.m. (ECF No. 44; Byrd Decl., ¶ 6);

WHEREAS, the Parties have met and conferred regarding potential early resolution and are scheduling a mediation with Hon. Wayne Andersen of JAMS for May 18, 2022 (*id.*, ¶ 7);

WHEREAS, to conserve the resources of the Parties and the Court, the Parties submit that the existing deadlines should be stayed until after the Parties' upcoming mediation (*id.*, ¶ 8);

WHEREAS, this stipulation is made without prejudice to any party, in good faith, and not for purposes of delay;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to Court approval, the hearing on the motion for remand in the *Wynne* Action and the Initial CMCs in the *Wynne* Action and in the *In Re: Volkswagen* Action shall be taken off calendar. The Parties shall jointly report

1

to the Court by June 13, 2022, as to the outcome of the mediation and recommend a schedule for either (1) any filings relating to a mediated settlement, *e.g.*, a consolidated complaint and/or a motion for preliminary approval of a settlement, or (2) for the completion of briefing and hearing on the *Wynne* motion to remand and the CMCs in these two related cases.

**IT IS SO STIPULATED.**

DATED:  February 23, 2022  **RIGHETTI GLUGOSKI, P.C**

 */s/ Matthew Righetti*
 MATTHEW RIGHETTI

MATTHEW RIGHETTI (121012)
The Presidio of San Francisco
220 Halleck Street, Suite 220
San Francisco, CA  94129
Telephone: (415) 983-0900
Facsimile:    (415) 397-9005
matt@righettilaw.com

*Attorneys for Plaintiff Amy Wynne*

DATED:  February 23, 2022  **WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**

 */s/Rachele R. Byrd*
 RACHELE R. BYRD

RACHELE R. BYRD (190634)
750 B Street, Suite 1820
San Diego, California 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

GAYLE M. BLATT (122048)
JEREMY K. ROBINSON (188325)
**CASEY GERRY SCHENK FRANCAVILLA**
  **BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com

M. ANDERSON BERRY (262879)
GREGORY HAROUTUNIAN (330263)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**

|||
|---|---|
| 1 | 865 Howe Avenue |
| 2 | Sacramento, CA 95825<br>Telephone: (916) 777-7777 |
| 3 | Facsimile: (916) 924-1829<br>aberry@justice4you.com |
| 4 | KAREN HANSON RIEBEL |
| 5 | KATE M. BAXTER-KAUF<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.** |
| 6 | 100 Washington Avenue S., Ste 2200<br>Minneapolis, MN 55401 |
| 7 | Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981 |
| 8 | khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com |

*Attorneys for Plaintiffs John Hajny, Ricardo Villalobos, Anthony Service and Jeremy Adams*

DATED: February 23, 2022           **WINSTON & STRAWN LLP**

By:      */s/ Kevin Simpson*
                KEVIN SIMPSON

SEAN G. WIEBER (admitted *pro hac vice*)
swieber@winston.com
KEVIN SIMPSON (admitted *pro hac vice*)
kpsimpson@winston.com
JAMES W. RANDALL (admitted *pro hac vice*)
jwrandall@winston.com
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

SANDRA A. EDWARDS (154578)
DANA L. COOK-MILLIGAN (301340)
**WINSTON & STRAWN LLP**
101 California Street, 34th Floor
San Francisco, CA  94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
sedwards@winston.com
dlcook@winston.com

*Attorneys for Defendant
Sanctus LLC d/b/a Shift Digital*

DATED:  February 23, 2022           **SQUIRE PATTON BOGGS (US) LLP**

        */s/ Colin R. Jennings*
           COLIN R. JENNINGS

| | |
|---|---|
| | COLIN ROBERT JENNINGS (*pro hac vice*) <br> KRISTIN L. BRYAN (*pro hac vice*) <br> **SQUIRE PATTON BOGGS (US) LLP** <br> 4900 Key Tower <br> 127 Public Square <br> Cleveland, OH 44114 <br> Telephone: 216-479-8420 <br> Facsimile: 216-479-8780 <br> colin.jennings@squirepb.com |
| | MARISOL CORRAL MORK (265170) <br> 555 S. Flower St., Ste. 3100 <br> Los Angeles, CA 90071 <br> Telephone: (213) 689-5137 <br> marisol.mork@squirepb.com |
| | JESSE L. TAYLOR (*pro hac vice*) <br> **SQUIRE PATTON BOGGS LLP** <br> 2000 Huntington Center 41 South High Street <br> Columbus, OH 43215 <br> Telephone: (614) 365-2714 <br> jesse.taylor@squirepb.com |
| | *Attorneys for Defendants Volkswagen Group of America, Inc. and Audi of America LLC* |

### ECF SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

DATED: February 23, 2022                    */s/ Rachele R. Byrd*
                                                                    RACHELE R. BYRD

## ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The hearing on the motion for remand in the *Wynne* Action and the Initial CMCs in the *Wynne* Action and in the *In Re: Volkswagen* Action shall be taken off calendar. The Parties shall jointly report to the Court by June 13, 2022, as to the outcome of the mediation and recommend a schedule for either (1) any filings relating to a mediated settlement, *e.g.*, a consolidated complaint and/or a motion for preliminary approval of a settlement, or (2) for the completion of briefing and hearing on the *Wynne* motion to remand and the CMCs in these two related cases.

Dated: February 24, 2022



_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE