MATTHEW RIGHETTI (SBN: 121012)
matt@righettilaw.com
**RIGHETTI GLUGOSKI, P.C.**
The Presidio of San Francisco
220 Halleck Street, Suite 220
San Francisco, CA 94129
Tel:  (415) 983-0900
Fax: (415) 397-9005

Charles A. Jones, Esq., (SBN: 224915)
Caj@cjoneslawfirm.com
**JONES LAW FIRM LLC**
18124 Wedge Parkway, #511
Reno, Nevada 89511
Telephone: (775) 853-6440
Facsimile:  (775) 853-6445

Attorneys for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY WYNNE, individually, and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AUDI OF AMERICA, AUDI OF AMERICA, LLC, SANCTUS LLC, DBA SHIFT DIGITAL, LLC, VOLKSWAGEN GROUP OF AMERICA, INC., and DOES 1-50 inclusive<br><br>Defendants. | Case No.:  4:21-cv-08518-DMR<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY THIS ACTION OR IN THE ALTERNATIVE FOR LEAVE OF COURT TO FILE A MOTION SEEKING A STAY OF PROCEEDINGS IN THIS COURT**<br><br>Hon. Donna M. Ryu<br>Courtroom 4, 3rd Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to N.D. Cal. Civil Local Rule 7-11, Plaintiff moves the Court to either stay the present action or allow Plaintiff leave of Court to file a motion to stay proceedings in this Court. The reason for the request is due to changed circumstances in litigation pending before the Contra Costa County Superior Court. That Court has recently issued an order preliminarily approving a proposed "claims made" settlement with a defined class that includes not only Plaintiff and the class she seeks to represent but also the California CCPA claims alleged by Plaintiff in this case. Plaintiff believes the proposed stay is appropriate to allow for required review of the proposed settlement to proceed to finality.

## I. ACTION REQUESTED

An order staying proceedings in this case pending the Contra County Superior Court's review of a proposed settlement, or in the alternative, leave of Court to file a motion staying further proceedings in this Court.[1]

## II. REASONS SUPPORTING PLAINTIFF'S REQUEST

### A. Procedural Background

On June 18, 2022, Plaintiff filed her complaint in Marin Superior Court against Defendant Audi of America wherein she asserted claims of negligence and violation of California's Unfair Competition Law ("UCL"). On September 24, 2021, Plaintiff filed her First Amended Complaint (FAC) wherein she voluntarily dismissed her negligence claim and added a cause of action under the CCPA seeking statutory penalties. Plaintiff also named Audi of America, LLC, Sanctus LLC dba Shift Digital, LLC and Volkswagen Group of America as defendants. (*Ibid.*) On November 2, 2021, Defendants removed Plaintiff's action to this district court pursuant to CAFA. (Dkt. 1.)

On August 30, 2022, another set of plaintiffs with cases against Defendants (formerly before this Court), filed a class action complaint in Contra Costa County Superior Court (the "*Hajny* action"). As the Court noted in its September 15, 2022 Order on Outstanding Motions, the plaintiffs in the *Hajny*

---

[1] The Court should recall issuing an order at the last hearing that no motions may be filed in this case without first making an administrative motion request.

action had apparently entered into a nationwide settlement agreement with Defendants on September 6, 2022. (Dkt. 85 citing to Dkt. 80.) In that order, the Court declined to stay this action despite the putative *Hajny* settlement because there had been no resolution of the preliminary approval motion as of that date. (Dkt. 85.)

On November 17, 2022, the Contra Costa County Superior Court denied Plaintiff's motion seeking to intervene. On December 23, 2022, the Contra Costa County Superior Court issued an order granting plaintiff Hajny's motion for preliminary approval. See, Exhibit 1, attached hereto.

### B. The Preliminary Approval Order

The December 23, 2022, preliminary approval order (Ex. 1) certified a "claims made" settlement class defined as persons residing in the United States to whom VWGoA and/or Audi sent notice that their SP1 and/or Pl may have been exposed as result of the Incident. Within the class certified by the Superior Court, there are three subclasses: Tier 1 (California Residents whose SPI was exposed); Tier 2 (non-Califomia residents whose SP1 was exposed); and Tier 3 (nationwide class members whose PI (not SPI) was exposed). See, Exhibit 1, p. 2, para 7.

Plaintiff, Amy Wynne, including the proposed class she seeks to represent in the instant action, are now members of the class conditionally certified in the preliminary approval order issued by the Superior Court. Pending completion of the further review process by the Contra Costa County Superior Court – and pending resolution of appeals, if any – Plaintiff believes the instant action should be stayed both in the interest of judicial economy and to avoid duplicative rulings.

### C. Meet and Confer

Plaintiff's counsel met and conferred with Defense counsel. The issue was first raised on January 19, 2023, by Plaintiff's counsel. When no response was received, Plaintiff's counsel raised this issue in a follow up email on January 23, 2023. Defense counsel responded on January 23, 2023 asking for a draft of what Plaintiff intended to file. A draft motion was provided to Defense Counsel on January 24, 2023. Defense counsel responded by email: "Defendants do not join in this motion but do not oppose the relief sought." See, Declaration of Matthew Righetti setting forth these meet and confer efforts.

### III. CONCLUSION

Based on the foregoing reasons, Plaintiff requests that the Court stay the present action and set the matter for a status conference after June 2023 (i.e., after the anticipated final approval hearing in Contra Costa County Superior Court). In the alternative, Plaintiff requests leave of Court to file a motion seeking the same relief.

DATED: January 25, 2023                    Respectfully Submitted,

                                                                           **JONES LAW FIRM LLC**

                                                                           **RIGHETTI GLUGOSKI, P.C**

                                                                           _____
                                                                           Matthew Righetti
                                                                           Attorney for Plaintiff